# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KAISER FOUNDATION HEALTH PLAN, INC., <br><br> Defendant. | Case No. 12-cv-03896-WHO <br><br> **ORDER OF DISMISSAL** |

Pursuant to stipulation of dismissal, **IT IS HEREBY ORDERED** that this case is dismissed. The Clerk shall close the case.

Dated: December 3, 2013



WILLIAM H. ORRICK
United States District Judge