UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, et al.,

    Plaintiffs,

    v.

KAISER FOUNDATION HEALTH PLAN, INC.,

    Defendant.

Case No. 12-cv-03896-WHO

**ORDER OF DISMISSAL**

Pursuant to stipulation of dismissal, **IT IS HEREBY ORDERED** that this case is dismissed. The Clerk shall close the case.

Dated: December 3, 2013



WILLIAM H. ORRICK
United States District Judge